

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00290-CV

———————————————

IN THE INTEREST OF N.S., M.S., C.S. AND A.S., CHILDREN

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 20-7112-393

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion for Voluntary Dismissal." We grant

the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 25, 2025